Hearing Date: December 27, 2019 at 10:00 a.m. (Prevailing Eastern Time)

BRACEWELL LLP
Robert G. Burns
Mark E. Dendinger
Joshua D. Neifeld
1251 Avenue of the Americas, 49th Floor
New York, New York 10020
Telephone: (212) 508-6100
Facsimile: (212) 508-6101

*Proposed Counsel for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| Seabras 1 USA, LLC *et al.*, | Case No. 19-14006 (SMB) |
| Debtors.[1] | (Joint Administration Pending) |

## AGENDA FOR HEARING ON FIRST DAY MOTIONS

| | |
|---|---|
| Time and Date of Hearing: | December 27, 2019 at 10:00 a.m. (Eastern Standard Time) |
| Location of Hearing: | Honorable Sean H. Lane, Courtroom 701, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are Seabras 1 USA, LLC (0027) and Seabras 1 Bermuda Ltd. (7149). The Debtors' principal offices are located at 600 Cummings Center, Suite 268Z, Beverly, MA 01915.

#6091971

| | |
|---|---|
| Copies of Motions and Applications: | Copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court at United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004, or (iii) from the Debtors' proposed notice and claims agent, Stretto by calling (855) 236-0103 (toll-free) or (949) 317-1699 (international) or by **e-mail** at TeamSeabras@stretto.com. Note that a PACER password is needed to access documents on the Court's website |

## I. INTRODUCTION

1. Declaration of Roger Kuebel In Support Of Chapter 11 Petitions And First Day Motions [D.I. 2]

## II. FIRST DAY MOTIONS AND APPLICATIONS

2. Debtors' Motion For Entry Of An Order Directing Joint Administration Of Chapter 11 Cases [D.I. 3]

3. Debtors' Motion For Entry Of An Order Extending Time For Debtors To File Schedules And Statements [D.I. 4]

4. Debtors' Application For Order Appointing Stretto As Claims And Noticing Agent For The Debtors *Nunc Pro Tunc* To The Petition Date [D.I. 5]

5. Debtors' Motion For Entry Of Order (I) Waiving Certain List-Filing Requirements; (II) Authorizing The Filing Of A Consolidated List Of Top 20 Unsecured Creditors; (III) Authorizing Debtors To Redact Certain Personal Identification Information For Individual Creditors; And (IV) Authorizing Debtors To Establish Procedures For Notifying Parties Of The Commencement Of These Cases [D.I. 6]

6. Debtors' Motion for Entry of Interim and Final Orders Authorizing (I) Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms; (II) Payment of Related Prepetition Obligations; (III) Modifying Certain Deposit Requirements; and (IV) Continuance of Intercompany Transactions [D.I. 7]

Dated: December 24, 2019
      New York, New York

                                            BRACEWELL LLP

                                            */s/ Robert G. Burns*
                                            Robert G. Burns
                                            Mark E. Dendinger
                                            Joshua D. Neifeld
                                            1251 Avenue of the Americas, 49th Floor
                                            New York, New York 10020
                                            Telephone: (212) 508-6100
                                            Facsimile: (212) 508-6101

                                            *Proposed Counsel for Debtors*
                                            *and Debtors in Possession*