BRACEWELL LLP
Robert G. Burns
Mark E. Dendinger
Joshua D. Neifeld (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 508-6100
Facsimile: (212) 508-6101

*Proposed Counsel for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Seabras 1 USA, LLC *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-14006 (SMB)<br><br>(Jointly Administered) |

**NOTICE OF *AMENDED*[2] AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 23, 2020 AT 10:00 A.M.**

    **PLEASE TAKE NOTICE** that on December 22, 2019, Seabras 1 USA, LLC and Seabras 1 Bermuda Ltd., as debtors and debtors in possession (collectively, the "**Debtors**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**" or the "**Court**").

    **PLEASE TAKE FURTHER NOTICE** that a hearing has been scheduled for January 23, 2020 at 10:00 a.m. (Eastern Time) before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, Bankruptcy Court, One Bowling Green, Room 723, New York, New York 10004 (the "**Hearing**").

    **PLEASE TAKE FURTHER NOTICE** that an amended agenda with respect to the Hearing is set forth below. Copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Bankruptcy Court's website at http://www.nysb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court at United States Bankruptcy Court, Southern District of New

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are Seabras 1 USA, LLC (0027) and Seabras 1 Bermuda Ltd. (7149). The Debtors' principal offices are located at 600 Cummings Center, Suite 268-Z, Beverly, MA 01915.

[2] *Changes from the original* Notice of Agenda for Matters Scheduled for Hearing on January 23, 2020 at 10:00 a.m. [D.I. 84] *are noted in bold and italic print herein*.

#6104018

York, One Bowling Green, New York, NY 10004, or (iii) from the Debtors' proposed notice and claims agent, Stretto or by calling (855) 236-0103 (toll-free) or (949) 317-1699 (international) or by e-mail at TeamSeabras@stretto.com. Note that a PACER password is needed to access documents on the Court's website.

I. **UNCONTESTED MATTERS**

    1. Debtors' Motion for Entry of an Order Establishing Certain Notice, Case Management, and Administrative Procedures [D.I. 45]

        a. **Objection Deadline**: January 16, 2020 at 4:00 p.m. (Eastern Time)

        b. **Objections Filed**: None.

        c. **Related Documents**:

            i. Certificate of No Objection Pursuant to 28 U.S.C. § 1746 Regarding Debtors' Motion for Entry of an Order Establishing Certain Notice, Case Management, and Administrative Procedures [D.I. 73]

        d. **Status**: This matter is going forward. The Debtors received and have incorporated informal comments to the form of order that was filed with the Court.

II. **RESOLVED MATTERS**

    1. Debtors' Motion for Entry of Interim and Final Orders Authorizing (I) Continued Use of Existing Cash Management System, Bank Accounts, And Business Forms; (II) Payment of Related Prepetition Obligations; (III) Modifying Certain Deposit Requirements; And (IV) Continuance of Intercompany Transactions [D.I. 7]

        a. **Related Documents**:

            i. Notice of Debtors' (I) Filing of Proposed Second Interim Cash Management Order and (II) Adjournment of Hearing on Final Cash Management Order [D.I. 69]

            ii. Second Interim Order Authorizing (I) Continued Use of Existing Cash Management System, Bank Accounts, And Business Forms; (II) Payment of Related Prepetition Obligations; (III) Modifying

   Certain Deposit Requirements; And (IV) Continuance of Intercompany Transactions [D.I. 77]

  b. **Status**: The Court has entered the Second Interim Order granting the requested relief. The final hearing on the motion has been adjourned to February 4, 2020 at 10:00 a.m. (Eastern Time).

2. Debtors' Motion for Entry of an Order Authorizing the Retention and Compensation of Professionals Utilized in the Ordinary Course of Business [D.I. 46]

  a. **Objection Deadline**: January 16, 2020 at 4:00 p.m. (Eastern Time)

  b. **Objections Filed**: None.

  c. **Related Documents**:

   i. Certificate of No Objection Pursuant to 28 U.S.C. § 1746 Regarding Debtors' Motion for Entry of an Order Authorizing the Retention and Compensation of Professionals Utilized in the Ordinary Course of Business [D.I. 76]

  d. **Status**: *The Court has entered an order granting the requested relief [D.I. 85].*

3. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 331 for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [D.I. 47]

  a. **Objection Deadline**: January 16, 2020 at 4:00 p.m. (Eastern Time)

  b. **Objections Filed**: None.

  c. **Related Documents**:

   i. Certificate of No Objection Pursuant to 28 U.S.C. § 1746 Regarding Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 331 for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [D.I. 74]

      **d.**    **Status**: The Court has entered an order granting the requested relief [D.I. 78].

4. Application for Entry of an Order Authorizing and Approving Retention and Employment of Stretto as Administrative Advisor for Debtors Nunc Pro Tunc to the Petition Date [D.I. 48]

      **a.**    **Objection Deadline**: January 16, 2020 at 4:00 p.m. (Eastern Time)

      **b.**    **Objections Filed**: None.

      **c.**    **Related Documents**:

            i.    Certificate of No Objection Pursuant to 28 U.S.C. § 1746 Regarding Application for Entry of an Order Authorizing and Approving Retention and Employment of Stretto as Administrative Advisor for Debtors Nunc Pro Tunc to the Petition Date [D.I. 75]

      **d.**    **Status**: The Court has entered an order granting the requested relief [D.I. 79].

[*Signature Page on Following Page*]

Dated: January 22, 2020
    New York, New York

                                    BRACEWELL LLP

                                    */s/ Mark E. Dendinger*
Robert G. Burns
Mark E. Dendinger
Joshua D. Neifeld (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 508-6100
Facsimile: (212) 508-6101

*Proposed Counsel for Debtors
and Debtors in Possession*