BRACEWELL LLP
Robert G. Burns
Mark E. Dendinger
Joshua D. Neifeld (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 508-6100
Facsimile: (212) 508-6101

*Proposed Counsel for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Seabras 1 USA, LLC *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-14006 (SMB)<br><br>(Jointly Administered) |

**NOTICE OF *AMENDED*[2] AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 4, 2020 AT 10:00 A.M.**

      **PLEASE TAKE NOTICE** that on December 22, 2019, Seabras 1 USA, LLC and Seabras 1 Bermuda Ltd., as debtors and debtors in possession (collectively, the "**Debtors**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**" or the "**Court**").

      **PLEASE TAKE FURTHER NOTICE** that a hearing has been scheduled for February 4, 2020 at 10:00 a.m. (Eastern Time) before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, Bankruptcy Court, One Bowling Green, Room 723, New York, New York 10004 (the "**Hearing**").

      **PLEASE TAKE FURTHER NOTICE** that an amended agenda with respect to the Hearing is set forth below. Copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Bankruptcy Court's website at http://www.nysb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court at United States Bankruptcy Court, Southern District of New

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are Seabras 1 USA, LLC (0027) and Seabras 1 Bermuda Ltd. (7149). The Debtors' principal offices are located at 600 Cummings Center, Suite 268-Z, Beverly, MA 01915.

[2] ***Changes from the original*** Notice of Agenda for Matters Scheduled for Hearing on February 4, 2020 at 10:00 a.m. [D.I. 98] *are noted in bold and italic print herein*.

York, One Bowling Green, New York, NY 10004, or (iii) from the Debtors' notice and claims agent, Stretto or by calling (855) 236-0103 (toll-free) or (949) 317-1699 (international) or by e-mail at TeamSeabras@stretto.com. Note that a PACER password is needed to access documents on the Court's website.

I.   **UNCONTESTED MATTERS**

1. Debtors' Motion for Entry of Interim and Final Orders Authorizing (I) Continued Use of Existing Cash Management System, Bank Accounts, And Business Forms; (II) Payment of Related Prepetition Obligations; (III) Modifying Certain Deposit Requirements; And (IV) Continuance of Intercompany Transactions [D.I. 7]

    a.   **Related Documents**:

        i.   Interim Order Authorizing (I) Continued Use of Existing Cash Management System, Bank Accounts, And Business Forms; (II) Payment of Related Prepetition Obligations; (III) Modifying Certain Deposit Requirements; And (IV) Continuance of Intercompany Transactions [D.I. 25]

        ii.  Notice of Debtors' (I) Filing of Proposed Second Interim Cash Management Order and (II) Adjournment of Hearing on Final Cash Management Order [D.I. 69]

        iii. Second Interim Order Authorizing (I) Continued Use of Existing Cash Management System, Bank Accounts, And Business Forms; (II) Payment of Related Prepetition Obligations; (III) Modifying Certain Deposit Requirements; And (IV) Continuance of Intercompany Transactions [D.I. 77]

    b.   **Status**: The Debtors have submitted a letter to Chambers requesting that the final hearing on the motion be adjourned to February 20, 2020 at 10:00 a.m. (Eastern Time).

2. Initial Case Conference [D.I. 27]

    a.   **Status**: This matter is going forward.

3. Debtors' Motion for Entry of Final Order Under Bankruptcy Code Sections 105(a), 361, 362, 363, and 507 and Bankruptcy Rules 4001 and 9014 (I) Authorizing Debtors to Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief [D.I. 41]

   a. **Related Documents**:

      i. Declaration of Mark E. Dendinger in Support of an Order to Show Cause Scheduling Hearing on Shortened Notice Pursuant to Bankruptcy Rule 4001(b)(2) and Local Rule 9077-1(a) With Respect to Debtors' Motion for Entry of Interim and Final Orders Under Bankruptcy Code Sections 105(a), 361, 362, 363, and 507 and Bankruptcy Rules 4001 and 9014 (I) Authorizing Debtors to Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief [D.I. 42]

      ii. Order to Show Cause Scheduling Hearing on Shortened Notice Pursuant to Bankruptcy Rule 4001(b)(2) and Local Rule 9077-1(a) With Respect to Debtors' Motion for Entry of Interim and Final Orders Under Bankruptcy Code Sections 105(a), 361, 362, 363, and 507 and Bankruptcy Rules 4001 and 9014 (I) Authorizing Debtors to Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief [D.I. 43]

      iii. Response and Reservation of Rights of Seabras Group, LLC to the Debtors' Motion for Entry of Interim and Final Orders Under Bankruptcy Code Sections 105(a), 361, 362, 363, and 507 and Bankruptcy Rules 4001 and 9014 (I) Authorizing Debtors to Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief [D.I. 52]

      iv. Interim Order Under Bankruptcy Code Sections 105(a), 361, 362, 363, and 507 and Bankruptcy Rules 4001 and 9014 (I) Authorizing Debtors to Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, and (III) Scheduling a Final Hearing [D.I. 55]

        v.    *Notice of Debtors' Filing of Proposed Second Interim Cash Collateral Order [D.I. 99]*

    **b.**    **Status**: The Debtors seek entry of the Proposed Second Interim Cash Collateral Order [D.I. 99]. The Debtors have submitted a letter to Chambers requesting that the final hearing on the motion be adjourned to February 13, 2020 at 10:00 a.m. (Eastern Time).

## II. CONTESTED MATTERS

1. Debtors' Application for Entry of an Order Authorizing and Approving Retention and Employment of Bracewell LLP as Attorneys for the Debtors Nunc Pro Tunc to the Petition Date [D.I. 70]

    **a.**    **Objection Deadline**: January 28, 2020 at 4:00 p.m. (Eastern Time), extended by the Debtors to January 29, 2020 at 4:00 p.m. for Seabras Group, LLC.

    **b.**    **Objections Filed and Related Documents**:

        i.    Objection of Seabras Group, LLC to the Debtors' Application for Entry of an Order Authorizing and Approving Retention and Employment of Bracewell LLP as Attorneys for the Debtors *Nunc Pro Tunc* to the Petition Date [D.I. 95]

        ii.    *Ex Parte* Motion of Seabras Group, LLC for Entry of an Order Authorizing Seabras Group, LLC to File Redacted Exhibits to its Objection to the Retention Application of Bracewell LLP [D.I. 96]

    **c.**    **Reply Deadline**: January 31, 2020 at 12:00 p.m. (Eastern Time), extended by Seabras Group, LLC to February 1, 2020 at 4:00 p.m. for the Debtors.

    **d.**    *Replies Filed and Related Documents*:

        i.    *Reply in Support of Debtors' Application for Entry of an Order Authorizing and Approving Retention and Employment of Bracewell LLP as Attorneys for the Debtors* **Nunc Pro Tunc** *to the Petition Date [D.I. 100]*

      ii. ***Declaration of Oliver Irwin in Support of the Debtors' Application for Entry of an Order Authorizing and Approving Retention and Employment of Bracewell LLP as Attorneys for the Debtors* Nunc Pro Tunc *to the Petition Date* [D.I. 101]**

      iii. ***Declaration of Larry Schwartz in Support of the Debtors' Application for Entry of an Order Authorizing and Approving Retention and Employment of Bracewell LLP as Attorneys for the Debtors* Nunc Pro Tunc *to the Petition Date* [D.I. 102]**

  e. **Status**: This matter is going forward *as a status conference only*.

**III.**   **ADVERSARY PROCEEDING: 20-01003 (SMB)**

1. Motion for Preliminary Injunction Advancing Shareholder Meeting Date to February 5, 2020 [D.I. 4]

   a. **Related Documents**:

       i. Declaration of Robert S. Velevis in Support of Motion for Preliminary Injunction Advancing Shareholder Meeting Date to February 5, 2020 [D.I. 5]

   b. **Objection Deadline**: January 28, 2020 at 4:00 p.m. (Eastern Time)

   c. **Objections Filed and Related Documents**:

       i. Seabras 1 Bermuda Ltd.'s Opposition to Motion for Preliminary Injunction Advancing Shareholder Meeting Date to February 5, 2020 [D.I. 12]

       ii. Seaborn Management, Inc.'s Objection to Seabras Group, LLC's Motion for Preliminary Injunction Advancing Shareholder Meeting [D.I. 13]

       iii. Declaration of Keith Blackman in Support of Seabras 1 Bermuda Ltd.'s Opposition to Motion for Preliminary Injunction Advancing Shareholder Meeting Date to February 5, 2020 [D.I. 14]

   d. **Reply Deadline**: January 31, 2020 at 12:00 p.m. (Eastern Time), extended by the Debtors to January 31, 2020 at 3:00 p.m. for Seabras Group, LLC.

      **e.**    **Replies Filed and Related Documents**:

           i.    Seabras Group, LLC's Reply in Support of Motion for Preliminary Injunction Advancing Shareholder Meeting Date to February 5, 2020 [D.I. 17]

      **f.**    **Status**: This matter is going forward as a status conference.

## IV. WITHDRAWN MATTERS

1. Debtors' Application for Entry of an Order Authorizing and Approving Retention and Employment of The Bank Street Group L.L.C. as Financial Advisor for the Debtors Nunc Pro Tunc to January 16, 2020 [D.I. 71]

    **a.**    **Related Documents**:

        i.    Notice of Withdrawal, Without Prejudice, of Debtors' Application for Entry of an Order Authorizing and Approving Retention and Employment of The Bank Street Group L.L.C. as Financial Advisor for the Debtors Nunc Pro Tunc to January 16, 2020 [D.I. 91]

    **b.**    **Status**: This matter has been withdrawn without prejudice.

2. Adversary Proceeding: 19-01451 (SMB) Seabras 1 Bermuda Ltd. v. Seabras Group, LLC et al. Pretrial Conference [D.I. 8]

    **a.**    **Related Documents**:

        i.    Plaintiff's Notice of Dismissal Without Prejudice [D.I. 14]

    **b.**    **Status**: This matter has been dismissed without prejudice.

[*Signature Page on Following Page*]

Dated: February 1, 2020
      New York, New York

                        BRACEWELL LLP

                        */s/ Mark E. Dendinger*
                        Robert G. Burns
                        Mark E. Dendinger
                        Joshua D. Neifeld (admitted *pro hac vice*)
                        1251 Avenue of the Americas
                        New York, New York 10020
                        Telephone: (212) 508-6100
                        Facsimile: (212) 508-6101

                        *Proposed Counsel for Debtors*
                        *and Debtors in Possession*