**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re  Seabras 1 USA, LLC et al., [1]　　　　　　　　　　Case No. 19-14006 (SMB)
　　　Debtors　　　　　　　　　　　　　　　　　　　　Reporting Period: 1/1/2020 - 1/31/2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　Federal Tax I.D. # 45-2910027

## CORPORATE MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.

*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | Yes | |
| 　Copies of bank statements  [2] | | | |
| 　Cash disbursements journals  [2] | | | |
| Statement of Operations | MOR-2 | Yes | |
| Balance Sheet | MOR-3 | Yes | |
| Status of Post-petition Taxes | MOR-4 | Yes | |
| 　Copies of IRS Form 6123 or payment receipt  [2] | | | |
| 　Copies of tax returns filed during reporting period  [2] | | | |
| Summary of Unpaid Post-petition Debts | MOR-4a | Yes | |
| 　Listing of Aged Accounts Payable  [2] | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | |
| Taxes Reconciliation and Aging | MOR-5 | Yes | |
| Payments to Insiders and Professional | MOR-6 | Yes | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6a | Yes | |
| Debtor Questionnaire | MOR-7 | Yes | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor　　　　　　　*Roger Kuebel*　　　　　　　Date　2/19/20

Signature of Authorized Individual*　*Roger Kuebel*　　　　　Date　2/19/20

Printed Name of Authorized Individual　　ROGER KUEBEL　　　Date　2/19/2020

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are Seabras 1 USA, LLC (0027) and Seabras 1 Bermuda Ltd. (7149). The Debtors' principal offices are located at 600 Cummings Center, Suite 268Z, Beverly, MA 01915.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re  Seabras 1 USA, LLC et al.,                        Case No. 19-14006 (SMB)
**Debtors**                                              Reporting Period: 1/1/2020 - 1/31/2020

## GENERAL NOTES:

The Monthly Operating Report includes activity for the following Debtors:

| Debtor | Case Number |
|---|---|
| Seabras 1 USA, LLC | 19-14006 |
| Seabras 1 Bermuda, Ltd | 19-14007 |

**Debtor-in-Possession Financial Statements**

This Monthly Operating Report has been prepared solely for the purpose of complying with the monthly reporting requirements applicable in these chapter 11 cases and is in a format acceptable to the Office of the United States Trustee. The financial information contained herein is limited in scope and covers a limited time period. All information contained herein is unaudited and is subject to future adjustment. Certain assumptions have been made as noted herein. The unaudited consolidated financial statements presented herein have been derived from the Debtors' books and records. The financial statements and supplemental information contained herein are unaudited, preliminary, and may not comply with generally accepted accounting principles (" GAAP") in all material respects. In addition, the financial statements and supplemental information contained herein is provided to fulfill the requirements of the Office of the United States Trustee and have been derived from the books and records of the Debtors.

The results of operations contained herein are not necessarily indicative of results which may be expected from any other period or for the full year and may not necessarily reflect the consolidated results of operations, financial position, and cash flow of the Debtors in the future.

The financial statements contained herein are unaudited and have been prepared on a going concern basis, which contemplates continuity of operations, realization of assets and liquidation of liabilities in the ordinary course of business. The ability of the Company, both during and after the Chapter 11 Cases, to continue as a going concern is contingent upon, among other things; (a) the ability of the Company to maintain compliance with all terms of its debt structure; (b) the ability of the Company to generate cash from operations and to maintain adequate cash on hand; (c) the resolution of the uncertainty as to the amount of claims that will be allowed; and (d) the Company's ability to achieve profitability. There can be no assurance that the Company will be able to successfully achieve these objectives in order to continue as a going concern. The accompanying consolidated financial statements do not include any adjustments that might result should the Company be unable to continue as a going concern.

The Company cautions investors and potential investors not to place undue reliance upon the information contained in the Monthly Operating Report, as it was not prepared for the purpose of providing the basis for an investment decision relating to the Company. The Monthly Operating Report was not audited or reviewed by independent accountants, is as prescribed by applicable bankruptcy laws, and is subject to future adjustment and reconciliation. The Monthly Operating Report does not contain all disclosures that would be required for presentation with GAAP. There can be no assurance that, from the perspective of an investor or potential investor, the Monthly Operating Report is complete. Results set forth in the Monthly Operating Report should not be viewed as indicative of future results.

The results of operations contained herein are not necessarily indicative of results which may be expected for any other period or for the full year and may not necessarily reflect the consolidated results of operations and financial position of the Debtors in the future.

**Liabilities Subject to Compromise**

As a result of the chapter 11 filings, the payment of pre-petition indebtedness is subject to compromise or other treatment under a plan of reorganization. The determination of how liabilities will ultimately be settled or treated cannot be made until the Bankruptcy Court approves a chapter 11 plan or reorganization. Accordingly, the ultimate amount of such liabilities is not determinable at this time. Pre-pretition liabilities that are subject to compromise under Financial Accounting Standards Board Accounting Standards Codification 852, Reorganizations (" ASC 852") are preliminary and may be subject to future adjustments depending on Court actions, further developments with respect to disputed claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, rejection of executory contracts, continued reconciliation or other events.

**Reorganization Items**

ASC 852 requires expenses and income directly associated with the chapter 11 filings to be reported separately in the income statement as reorganization items. Reorganization items include expenses related to legal advisory and representation services, other professional consulting and advisory services, debtor-in-possession financing fees and changes in liabilities subject to compromise recognized as there are changes in amounts expected to be allowed as claims.

Nothing contained in this Monthly Operating Report shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 proceedings, including, but not limited to, matters involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of Title 11 of the United States Code (the "Bankruptcy Code") and/or causes of action under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.

In re  Seabras 1 USA, LLC et al.,   Case No. 19-14006 (SMB)
   Debtor   Reporting Period: 1/1/2020 - 1/31/2020

## CONSOLIDATING SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| In U.S. Dollars | Seabras 1 Bermuda Ltd. | Seabras 1 USA, LLC | Consolidated Filing Debtor Entities | Cumulative Filing to Date (1/1/20 - 1/31/20) |
|---|---:|---:|---:|---:|
| **Beginning Cash Balance - Unrestricted (Bank)** | $ 12,360,886 | $ 7,763,137 | $ 20,124,024 | $ 20,124,024 |
| **Cash Receipts** | | | | |
| Customer Receipts | - | 1,451,242 | 1,451,242 | 1,451,242 |
| Sales & Use Tax Receipts | - | 48,548 | 48,548 | 48,548 |
| Inter-Co Receipts | - | 491,685 | 491,685 | 491,685 |
| **Total Cash Receipts** | - | 1,991,474 | 1,991,474 | 1,991,474 |
| | | | | |
| **Operating Disbursements** | | | | |
| Network Related Opex (Capacity & O&M) | - | (60,219) | (60,219) | (60,219) |
| Technical Space Opex (PoP's) | - | (84,359) | (84,359) | (84,359) |
| APMA Maintenance | - | (325,597) | (325,597) | (325,597) |
| Cable Station Opex (Landing Stations/NOC) | - | (92,230) | (92,230) | (92,230) |
| Technical Supplies, Cross Connect, & Other | - | (10,504) | (10,504) | (10,504) |
| Infinera Annual Software & Support Maintenance | - | (616,989) | (616,989) | (616,989) |
| Post Warranty Support - Terminal Equipment | - | - | - | - |
| IP/(MPLS Opex) | - | (101,948) | (101,948) | (101,948) |
| Administrative Opex | (330,521) | (13,271) | (343,791) | (343,791) |
| Sales, Use, & Other Taxes | - | (81,711) | (81,711) | (81,711) |
| Inter-Co Funding | - | (411,000) | (411,000) | (411,000) |
| Debt Principal | - | - | - | - |
| Debt Interest | - | - | - | - |
| DSRA | - | - | - | - |
| Capital Expenditures | - | (56,510) | (56,510) | (56,510) |
| **Total Operating Disbursements** | (330,521) | (1,854,337) | (2,184,858) | (2,184,858) |
| | | | | |
| **Non-Operating Disbursements** | | | | |
| Professional Fees & Expenses | (298,263) | - | (298,263) | (298,263) |
| US Trustee Fees | - | - | - | - |
| **Total Non-Operating Disbursements** | (298,263) | - | (298,263) | (298,263) |
| | | | | |
| **Total Disbursements** | (628,783) | (1,854,337) | (2,483,121) | (2,483,121) |
| | | | | |
| **Ending Cash Balance - Unrestricted (Bank)** | $ 11,732,103 | $ 7,900,274 | $ 19,632,377 | $ 19,632,377 |
| | | | | |
| **Reconciling Adjustments (Bank to Book Cash)** | | | | |
| Outstanding Checks | (325) | (15,420) | (15,745) | (15,745) |
| Other | - | - | - | - |
| **Ending Cash Balance - Unrestricted (Book)** | $ 11,731,778 | $ 7,884,854 | $ 19,616,632 | $ 19,616,632 |
| Restricted Cash Balance | 30,886,000 | 336,000 | 31,222,000 | 31,222,000 |
| **Total Ending Cash Balance (Book)** | $ 42,617,778 | $ 8,220,854 | $ 50,838,632 | $ 50,838,632 |

**THE FOLLOWING SECTION MUST BE COMPLETED**
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| In U.S. Dollars | Seabras 1 Bermuda Ltd. | Seabras 1 USA, LLC | Consolidated Filing Debtor Entities |
|---|---:|---:|---:|
| **TOTAL DISBURSEMENTS** | (628,783) | (1,854,337) | (2,483,121) |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | - | - | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow) | - | - | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | (628,783) | (1,854,337) | (2,483,121) |

In re  Seabras 1 USA, LLC et al.,  
      Debtor

Case No. 19-14006 (SMB)  
Reporting Period: 1/1/2020 - 1/31/2020

## CONSOLIDATING BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.
(Bank account numbers may be redacted to last four numbers.)

| Case # | Legal Owner (Entity) | Bank Institution | Account Name | General Purpose | GL Account | Last 4 Acct # | 1/31/20 USD Balance |
|---|---|---|---|---|---|---|---|
| 19-14007 | Seabras 1 Bermuda, LTD | JP Morgan | Operating Account | Limited activity (bank fees only) | 10007 | 3883 | 24,101 |
| 19-14007 | Seabras 1 Bermuda, LTD | Deutsche Bank | Construction Account | Initially used to pay Seabras-1 construction expenses; **no longer in use** | 10012 | 001.1 | - |
| 19-14007 | Seabras 1 Bermuda, LTD | Deutsche Bank | Revenue Account | Primary operating account for Bermuda receipts & operating expenses | 10015 | 001.2 | 708,002 |
| 19-14007 | Seabras 1 Bermuda, LTD | Deutsche Bank | Seabras Bermuda Proceeds Account | Intended for non-customer proceeds (i.e. insurance); **not used to date** | 10017 | 001.5 | - |
| 19-14007 | Seabras 1 Bermuda, LTD | Deutsche Bank | Contingent Sales Support Account | Used for receipt of contingent sales support debt & equity | 10018 | 001.6 | 11,000,000 |
| 19-14007 | Seabras 1 Bermuda, LTD | Deutsche Bank | Seabras Bermuda Distributions Account | Intended for distribution activity; **not used to date** | 10019 | 001.7 | - |
| 19-14007 | Seabras 1 Bermuda, LTD | Deutsche Bank | Locked Cash Account | Used to lock cash for purpose of debt covenant terms; **not in use** | 10040 | 001.8 | - |
| 19-14007 | Seabras 1 Bermuda, LTD | Deutsche Bank | Coface Debt Service Reserve Account | Restricted cash reserved for Coface debt | 11001 | 001.3 | 27,554,000 |
| 19-14007 | Seabras 1 Bermuda, LTD | Deutsche Bank | CSS Debt Service Reserve Account | Restricted cash reserved for CSS debt | 11002 | 001.4 | 3,332,000 |
| 19-14006 | Seabras 1 USA, LLC | JP Morgan | Operating Account | Used to pay operating expenses of SB-1 USA | 10008 | 5281 | 551,200 |
| 19-14006 | Seabras 1 USA, LLC | JP Morgan | Operating Account - JP Morgan (Restrcited LC Balance) | Same bank account as above; separated in GL only for restricted portion | 10058 | 5281 | 336,000 |
| 19-14006 | Seabras 1 USA, LLC | Deutsche Bank | Construction Account | Initially used to pay Seabras-1 construction expenses; **no longer in use** | 10011 | 002.1 | - |
| 19-14006 | Seabras 1 USA, LLC | Deutsche Bank | Revenue Account | Primary operating account for US entity receipts & operating expenses | 10014 | 002.2 | 7,349,074 |
| | | | | | | **Total Cash** | 50,854,377 |
| | | | | | | (Less) Coface DSRA Restricted Cash | (27,554,000) |
| | | | | | | (Less) CSS DSRA Restricted Cash | (3,332,000) |
| | | | | | | (Less) US OpCo Restricted Cash (NJ Environmental LC) | (336,000) |
| | | | | | | **Total Un-Restricted Cash** | 19,632,377 |

The above captioned debtors (the "Debtors") hereby submit this attestation regarding bank account reconciliations in lieu of providing copies of bank statements.
I attest that each of the Debtors' bank accounts is reconciled to monthly bank statements.

*/s/ Roger Kuebel*  
Roger Kuebel  
Chief Financial Officer

FORM MOR-2.

| In re | Seabras 1 USA, LLC et al., | Case No. | 19-14006 (SMB) |
|---|---|---|---|
| | **Debtor** | **Reporting Period:** | 1/1/2020 - 1/31/2020 |

## CONSOLIDATING STATEMENT OF OPERATIONS  (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| *In U.S. Dollars* | Seabras 1 USA, LLC | Seabras 1 Bermuda Ltd | Consolidated Filing Debtor Entities | Cumulative Filing to Date |
|---|---:|---:|---:|---:|
| **Total Revenues** | $ 1,777,171 | $ - | $ 1,777,171 | $ 1,777,171 |
| Cost of Goods Sold | - | - | - | - |
| **Gross Profit** | 1,777,171 | - | 1,777,171 | 1,777,171 |
| Sales and Marketing | 30,091 | - | 30,091 | 30,091 |
| Operations | 849,158 | - | 849,158 | 849,158 |
| General and Administrative | 8,550 | 922,140 | 930,690 | 930,690 |
| Depreciation | 1,056,860 | - | 1,056,860 | 1,056,860 |
| **Total Operating Expenses** | 1,944,658 | 922,140 | 2,866,799 | 2,866,799 |
| **Operating Profit/(Loss)** | (167,487) | (922,140) | (1,089,627) | (1,089,627) |
| Restructuring Expenses | 325 | 764,572 | 764,897 | 764,897 |
| Other Income/Expenses | (167,376) | 888,488 | 721,112 | 721,112 |
| **Net Income / (Loss)** | $ (436) | $ (2,575,200) | $ (2,575,636) | $ (2,575,636) |

| In re | Seabras 1 USA, LLC et al., | | Case No. | 19-14006 (SMB) |
|---|---|---|---|---|
| | Debtor | | Reporting Period: | 1/1/2020 - 1/31/2020 |

## CONSOLIDATING BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| *In U.S. Dollars* | Seabras 1 USA, LLC | Seabras 1 Bermuda Ltd | Book Value at End of Current Reporting Month | Book Value at End of Prior Reporting Month |
|---|---:|---:|---:|---:|
| **Current Assets** | | | | |
| Cash and Cash Equivalents | $ 7,884,854 | $ 11,731,778 | $ 19,616,632 | $ 19,616,632 |
| Restricted Cash [1] | 336,000 | 30,886,000 | 31,222,000 | 31,222,000 |
| Trade Receivables | 1,206,307 | - | 1,206,307 | 1,206,307 |
| Prepaid and Other Current Assets | 1,616,280 | 1,228,127 | 2,844,406 | 2,844,406 |
| **Total Current Assets** | **11,043,441** | **43,845,905** | **54,889,345** | **54,889,345** |
| **Long Term Assets** | | | | |
| Long Term Related Parties and Shareholders | 59,590,189 | 230,940,336 | 290,530,524 | 290,530,524 |
| **Total Long Term Assets** | **59,590,189** | **230,940,336** | **290,530,524** | **290,530,524** |
| **Property and Equipment** | | | | |
| Total Fixed Assets | 330,117,526 | - | 330,117,526 | 330,117,526 |
| Accumulated Depreciation | (32,870,738) | - | (32,870,738) | (32,870,738) |
| **Total Fixed Assets** | **297,246,789** | **-** | **297,246,789** | **297,246,789** |
| **Total Intangible Assets** | | | | |
| Intangible Assets | - | - | - | - |
| **Total Intangible Assets** | **-** | **-** | **-** | **-** |
| **Total Assets** | **367,880,418** | **274,786,241** | **642,666,658** | **642,666,658** |
| **Current Liabilities** | | | | |
| Trade Payables - Pre-petition | 709,649 | 814,406 | 1,524,055 | 1,524,055 |
| Trade Payables - Post-petition | 306,676 | 913,229 | 1,219,905 | 1,219,905 |
| Taxes Payable | 43,134 | - | 43,134 | 43,134 |
| Accrued Expenses and Other Liabilities | 152,894,915 | 2,966,489 | 155,861,404 | 155,861,404 |
| **Total Current Liabilities** | **153,954,374** | **4,694,124** | **158,648,498** | **158,648,498** |
| **Long Term Liabilities** | | | | |
| Other Non Current Liabilities | - | 141,281,760 | 141,281,760 | 141,281,760 |
| **Total Long Term Liabilities** | **-** | **141,281,760** | **141,281,760** | **141,281,760** |
| **Total Liabilities** | **153,954,374** | **145,975,883** | **299,930,258** | **299,930,258** |
| **Shareholders' Equity** | - | - | - | - |
| Common Stock | 113,230 | - | 113,230 | 113,230 |
| Additional Paid-In Capital | 230,827,105 | 205,823,677 | 436,650,783 | 436,650,783 |
| Accumulated Other Comprehensive Income | (436) | (2,575,200) | (2,575,636) | (2,575,636) |
| Retained Earnings | (17,013,856) | (74,438,120) | (91,451,976) | (91,451,976) |
| **Total Shareholders' Equity** | **213,926,044** | **128,810,357** | **342,736,401** | **342,736,401** |
| **Total Liabilities and Shareholders' Equity** | **$ 367,880,418** | **$ 274,786,240** | **$ 642,666,658** | **$ 642,666,658** |

**In re** Seabras 1 USA, LLC et al.,  **Case No.** 19-14006 (SMB)
  **Debtor**  **Reporting Period:** 1/1/2020 - 1/31/2020

## CONSOLIDATING STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

| In U. S. Dollars | | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|---|
| *Federal* | Withholding | $ - | $ - | $ - | N/A | N/A | $ - |
| | FICA-Employee | - | - | - | N/A | N/A | - |
| | FICA-Employer | - | - | - | N/A | N/A | - |
| | Unemployment | - | - | - | N/A | N/A | - |
| | Income | - | - | - | N/A | N/A | - |
| | Other:_____ | - | - | - | N/A | N/A | - |
| | Total Federal Taxes | - | - | - | N/A | N/A | - |
| *State and Local* | Withholding | - | - | - | N/A | N/A | - |
| | Sales | - | 124,054 | 81,711 | Various | Various | 42,343 |
| | Excise | - | 792 | - | N/A | N/A | 792 |
| | Unemployment | - | - | - | N/A | N/A | - |
| | Real Property | - | - | - | N/A | N/A | - |
| | Personal Property | - | - | - | N/A | N/A | - |
| | Other:_____ | - | - | - | N/A | N/A | - |
| | Total State and Local | - | - | - | N/A | N/A | - |
| **Total Taxes** | | $ - | $ 124,845 | $ 81,711 | N/A | N/A | $ 43,134 |

Photocopies of tax returns filed during the reporting period available upon request of the United States Trustee.

In re  Seabras 1 USA, LLC et al.,  
**Debtor**

Case No. 19-14006 (SMB)  
Reporting Period: 1/1/2020 - 1/31/2020

## CONSOLIDATING SUMMARY OF UNPAID POST-PETITION DEBTS

|  | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable, Trade (Pre-Petition) | $    - | $   92,033 | $   35,583 | $   97,530 | $   484,503 | $   709,649 |
| Accounts Payable, Trade (Post-Petition) | 25,472 | 271,579 | 9,625 | - | - | 306,676 |
| Professional Fees | - | - | - | - | - | - |
| Amounts Due to Insiders | 913,229 | 814,406 | - | - | - | 1,727,635 |
| Other:_____ | - | - | - | - | - | - |
| **Total Post-petition Debts** | $  938,700 | $ 1,178,018 | $  45,208 | $  97,530 | $  484,503 | $ 2,743,960 |

Number of Days Past Due (column header above)

Listing of aged accounts payable available upon request of the United States Trustee.

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

Payment of past due post-petition debts will be made once approval is received from court to issue payments per cash collateral budget.

In re  Seabras 1 USA, LLC et al.,  
    Debtor

Case No. 19-14006 (SMB)  
Reporting Period: 1/1/2020 - 1/31/2020

## CONSOLIDATING SUMMARY OF ACCOUNTS RECEIVABLE

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ 1,446,695 |
| Plus:  Amounts billed during the period | 1,277,887 |
| Less:  Amounts collected during the period | (1,518,275) |
| Total Accounts Receivable at the end of the reporting period | $ 1,206,307 |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| Accounts Receivable | $ 199,024 | $ 337,268 | $ 99,977 | $ 779,273 | 1,415,542 |
| Unbilled Receivables | 520,383 | - | - | - | 520,383 |
|  |  |  |  |  |  |
| Total Accounts Receivable | $ 719,407 | $ 337,268 | $ 99,977 | $ 779,273 | $ 1,935,925 |
| Less:  Bad Debts (Amount considered uncollectible) | - | - | - | (729,618) | (729,618) |
| Net Accounts Receivable | $ 719,407 | $ 337,268 | $ 99,977 | $ 49,655 | $ 1,206,307 |

**In re** Seabras 1 USA, LLC et al.,            **Case No.** 19-14006 (SMB)
     **Debtor**            **Reporting Period:** 1/1/2020 - 1/31/2020

## CONSOLIDATING STATUS OF PAYMENTS TO INSIDERS AND PROFESSIONALS

| Payments Made to Insiders | | | |
|---|---|---|---|
| **Name** | **Type of Payment** | **Amount Paid** | **Total Paid to Date** |
| Seaborn Management, Inc. | Master Services Agreement | $ 279,479 | $ 279,479 |
| | | | $ - |
| **Total Payments Made to Insiders** | | **$ 279,479** | **$ 279,479** |

| Payments Made to Professionals | | | | |
|---|---|---|---|---|
| **Name** | **Amount Approved** | **Amount Paid During Period** | **Total Post-Petition Paid to Date** | **Total Incurred & Unpaid** |
| **Professional Fees & Expenses** | | | | |
| Clifford Chance US LLP | $ 284,112 | $ 284,112 | $ 284,112 | $ 276,501 |
| | | | | |
| | | | | |
| **Professional Fees & Expenses Paid via Escrow** | | | | |
| N/A | - | - | - | - |
| | | | | |
| **Professional Fees & Expenses Paid via Accounts [5___]** | | | | |
| Stretto | 14,151 | 14,151 | 14,151 | - |
| | | | | |
| **Total Payments Made to Professionals** | **$ 298,263** | **$ 298,263** | **$ 298,263** | **$ 276,501** |

FORM MOR-6a.

In re  Seabras 1 USA, LLC et al.,           Case No.  19-14006 (SMB)
    **Debtor**           Reporting Period:  1/1/2020 - 1/31/2020

## CONSOLIDATED POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLES AND ADEQUATE PROTECTION PAYMENTS

| Post-petition Status of Secured Notes, Leases Payable & Adequate Protection Payments | | |
|---|---|---|
| Type | Amount Paid During Period | Total Paid to Date |
| Clifford Chance US LLP - Adequate Protection Payments [1] | $ 284,112 | $ 284,112 |
|  | - | - |
| **Total Payments** | **$ 284,112** | **$ 284,112** |

[1] Same payment as what was previously disclosed on MOR-6.

In re  Seabras 1 USA, LLC et al.,                            Case No.  19-14006 (SMB)
     Debtor                                                   Reporting Period:  1/1/2020 - 1/31/2020

## DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No | |
|---|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? |  | X | |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? |  | X | |
| 3. Is the Debtor delinquent in the timely filing of any post-petition tax returns? |  | X | |
| 4. Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? |  | X | |
| 5. Is the Debtor delinquent in paying any insurance premium payment? |  | X | |
| 6. Have any payments been made on pre-petition liabilities this reporting period? | X |  | [1] |
| 7. Are any post petition receivables (accounts, notes or loans) due from related parties? | X |  | [2] |
| 8. Are any post petition payroll taxes past due? |  | X | |
| 9. Are any post petition State or Federal income taxes past due? |  | X | |
| 10. Are any post petition real estate taxes past due? |  | X | |
| 11. Are any other post petition taxes past due? |  | X | |
| 12. Have any pre-petition taxes been paid during this reporting period? | X |  | [1] |
| 13. Are any amounts owed to post petition creditors delinquent? | X |  | [3] |
| 14. Are any wage payments past due? |  | X | |
| 15. Have any post petition loans been been received by the Debtor from any party? |  | X | |
| 16. Is the Debtor delinquent in paying any U.S. Trustee fees? |  | X | |
| 17. Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? |  | X | |
| 18. Have the owners or shareholders received any compensation outside of the normal course of business? |  | X | |

[1]  In January 2020 the Debtors paid certain prepetition taxes and are in the process of filing a motion seeking authority to pay prepetition taxes and continue to pay postpetition taxes in the ordinary course. Additionally, the Debtors have paid prepetition reasonable documented out-of-pocket fees and expenses of Clifford Chace LLP pursuant to the *Interim Order Under Bankruptcy Code Sections 105(a), 361, 362, 363, 503, and 507, Bankruptcy Rules 4001 and 9014 (I) Authorizing Debtors to Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, and (III) Scheduling a Final Hearing* [Docket No. 55] and the thereafter entered interim orders [Docket Nos. 110, 124].

[2]  Seabras 1 USA, LLC has a post-petition amount due from a related party (Seabras 1 Brasil Ltda.) in the amount of $23,596.

[3]  Payment of past due post-petition debts will be made once approval is received from court to issue payments per cash collateral budget.